US DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Anthony Gay
  Plaintiff

v.                                              11-20-GPM

Marvin Powers
  Defendant

## NOTICE OF CHANGE OF ADDRESS

Now comes plaintiff, Anthony Gay, filing this notice of change of address and states as follows:

(1) I, Anthony Gay, am the plaintiff in this cause of action.

(2) On September 17, 2012, I was transferred from Pontiac Correctional Center to Tamms Correctional Center.

(3) My new address is: Anthony Gay B62251, 8500 Supermax road, Tamms, IL 62988

/s/ _____
Anthony Gay B62251
8500 Supermax road
Tamms, IL 62988